## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM HILDRETH,

    Defendant.

Case No. 07-MJ-293

**ORDER FOR DETENTION**

On the 5th day of October 2012, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing and the Defendant's request for a preliminary hearing. The Government was represented by Assistant United States Attorney Patrick J. Reinert. The Defendant appeared personally and was represented by his attorney, Brian D. Johnson. For the reasons stated by the Court on the record at the time of hearing, the Court concludes the request for detention should be granted.

### ORDER

IT IS THEREFORE ORDERED as follows:

1.    The Court finds there is probable cause that Defendant violated the conditions of his supervised release.

2.    The request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for October 10, 2012 at 1:00 p.m. before Chief Judge Linda R. Reade.

DATED this 5th day of October, 2012.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA